UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLENE S. RUSH, | ) | **JUDGMENT** |
| Plaintiff | ) | |
| | ) | No. 7:09-CV-8-DAN |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Defendant. | ) | |

**Decision by Court.**
**This case came before the Honorable David W. Daniel, United States Magistrate Judge for consideration of plaintiff's motion for attorney fees and costs.**

**IT IS ORDERED, ADJUDGED AND DECREED plaintiff's motion for attorney fees and costs is granted in the amount of $1,827.50.**

This Judgment Filed and Entered on June 22, 2010 with service on:

George L. Fitzgerald (via cm/ecf Notice of Electronic Filing)
Marian A. Harder (via cm/ecf Notice of Electronic Filing)
Mary Ellen Russell (via cm/ecf Notice of Electronic Filing)

Date: June 22, 2010

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk